UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                           §     Case No. 13-46755
                                                 §
KIMBERLY L. BROWN                                §
                                                 §
                                                 §
                                                 §
                      Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/24/2015, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/26/2015               By:   /s/ David P. Leibowitz
                                                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 13-46755
  §
KIMBERLY L. BROWN §
  §
  §
  §
         Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $3,332.00
*and approved disbursements of*  $272.49
*leaving a balance on hand of[1]:*  $3,059.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | FAMSA | $621.21 | $621.21 | $0.00 | $621.21 |

Total to be paid to secured creditors:  $621.21
Remaining balance:  $2,438.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $773.66 | $0.00 | $773.66 |
| David P. Leibowitz, Trustee Expenses | $3.52 | $0.00 | $3.52 |

Total to be paid for chapter 7 administrative expenses:  $777.18
Remaining balance:  $1,661.12

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,661.12 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,661.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,963.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | AmeriCredit Financial Services, Inc. | $18,704.00 | $0.00 | $914.80 |
| 3 | Prestige Financial Services | $6,481.71 | $0.00 | $317.01 |
| 4 | Dept of Education | $8,777.72 | $0.00 | $429.31 |

|  | Total to be paid to timely general unsecured claims: | $1,661.12 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-46755-TAB
Kimberly L. Brown                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: adragonet        Page 1 of 3        Date Rcvd: Jan 27, 2015
                            Form ID: pdf006        Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2015.
```
db              #+Kimberly L. Brown,    4911 West Adams,    Chicago, IL 60644-4446
21401297        ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court: AmeriCredit Financial Services, Inc.,   dba GM Financial,
                  P O Box 183853,    Arlington, TX 76096)
21296015         +Albertina D Logan DC,   1S132 Summit Avnue,   Suite 307,   oakbrook terrace, IL 60181-3942
21296016         +Arnoldharris/Med Business Bureau,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
21296018         +Associated pathology Consultant,   P O Box 3680,   Peoria, IL 61612-3680
21817291        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,   Po Box 982235,   El Paso, TX 79998)
21817292         Bank Of America,   4060 Ogletown/stanton Rd,   Newark, DE 19713
21817294        ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
21296020        ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
                 (address filed with court: Choice Recovery,   1550 Old Henderson Rd St,   Columbus, OH 43220)
21296022         +CMRE Financial Services Inc,   3075 E Imperial Hwy,   Suite 200,   Brea, CA 92821-6753
21817293         +Cap One Na,   Po Box 26625,   Richmond, VA 23261-6625
21296019         +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
21817296         +Chase,   Po Box 24696,   Columbus, OH 43224-0696
21817297          Chase,   Bank One Card Serv,   Elgin, IL 60124
21817298         +Citibank Sd, Na,   Po Box 6241,   Sioux Falls, SD 57117-6241
21296021         +City of Chicago EMS,   33589 Treasurey Cneter,   Chicago, IL 60694-3500
21296023          ComEd,   Reed Smith Sachnoff and Weaver, 10 South,   Chicago, Illinois 60606
21817299         +Comenity Bank/Harlem Furniture,   Po Box 182789,   Columbus, OH 43218-2789
21817300         +Comenity Bank/Victorias Secret,   Po Box 182128,   Columbus, OH 43218-2128
21296025         +Computer Credit Inc,   Claim Dept. 003482,   640 West Fourth Street,   P O Box 5238,
                   Winston Salem, NC 27113-5238
21296024         +Computer credit Inc,   Claim Dept. 003482,   P O Box 5238,   Winston Salem, NC 27113-5238
21296027         +Convergent Outsourcing Inc,   800 SW 39th St,   P O Box 9004,   Renton, WA 98057-9004
21296045          Dept of Education,   FedLoan Servicing,   Po Box 69184,   Harrisburg, PA 17106-9184
21296040        ++EMCC INC,   5401 N PIMA RD,   STE 150,   SCOTTSDALE AZ 85250-2630
                 (address filed with court: Emcc Finance,   33 Riverside Dr,   Pembroke, MA 02359)
21296041         +EPMG of Illinois, SC,   P O box 95968,   Oklahoma City, OK 73143-5968
21296042         +ER Solutions/Convergent Outsourcing, INC,   Po Box 9004,   Renton, WA 98057-9004
21296028         +Elmhurst Anesthesiologist,   P O Box 87916,   Carol Stream, IL 60188-7916
21296030         +Elmhurst Clinic,   Division of Elmhust memorial Healthcare,   25847 network Place,
                   Chicago, IL 60673-1258
21296031         +Elmhurst College,   190 Prospect Avenue,   Elmhurst, IL 60126-3296
21296033         +Elmhurst Memorial Hospital,   P O box 4052,   Carol Steam, IL 60197-4052
21296032         +Elmhurst Memorial Hospital,   P O box 4052,   Carol Stream, IL 60197-4052
21296036         +Elmhurst Memorial Hosptial,   P O box 4052,   Carol Stream, IL 60197-4052
21296037         +Elmhurst Memorial Hosptial,   P O box 4052,   Carol Stream, Illinois 60197-4052
21296038         +Elmhurst Radilogists, SC,   P O Box 1035,   Bedford Park, IL 60499-1035
21296039         +Elmhurst Radiologists,   P O Box 1035,   Debford Park, Illinois 60499-1035
21296043        ++FAMSA INC,   6200 SAVOY DRIVE,   SUITE 350,   HOUSTON TX 77036-3373
                 (address filed with court: FAMSA,   P O Box15248,   Los Angeles, CA 90015)
21296046         +First Federal Credti Control,   PO Box 20790,   Columbus , OH 43220-0790
21296047          First National Collection Bureau,   610 Waltman Way,   Spark, NV 89434
21817302         +First Usa,na,   Po Box 15298,   Wilmington, DE 19850-5298
21296048         +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
21296049         +HSBC Auto Finance / Santander,   6602 Convoy Court,   San Diego, CA 92111-1009
21817305        ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
                 (address filed with court: Hsbc/carsn,   Po Box 15524,   Wilmington, DE 19850)
21296050         +Hsbc/tax,   90 Christiana Road,   New Castle, DE 19720-3118
21817306        ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court: Illinois Department of Revenue,
                   Bankruptcy Unit, 100 West Randolph St #7,   Chicago, Illinois 60601)
21296051         +Illinois Collection Service/ICS,   8231 185th St Ste 100,   Tinley Park, IL 60487-9356
21296052         +Illinois collection Services,   P O Box 1010,   Tinley Park, IL 60477-9110
21296054         +Medical Business Bureau LLC,   P O box 1219,   Park Ridge, IL 60068-7219
21296056         +Metropolitan Advanced Radilogical Servic,   1362 Paysphere Cirlcle,   Chicago, IL 60674-0013
21296057         +Midwest Associates IN Neuroligy,   777 Oakmont lane,   Westmont, IL 60559-5511
21296058         +Midwest Associates In Neurology,   777 Oakmonth Lane, Suite 1600,   Westmont, IL 60559-5577
21296063          Mount Sinai Hospital,   1905 Paysphere Circle,   Chicago, IL 60174
21296064         +Mount Sinai Hospital,   1905 Paysphere Circle,   Chicago, IL 60674-0019
21296066         +NCC,   PO Box 3159,   Oak Brook, IL 60522-3159
21296067         +NCNS,   675 West North Avenue,   Suite 608,   Melrose Park, IL 60160-1627
21296068         +NES,   29125 Solon Rd,   Solon, OH 44139-3442
21296065         +Natinwide Credit Bureau,   P O Box 3159,   Oak Brook, IL 60522-3159
21296069         +Northshore University,   9532 Eagle Way,   Chicago, IL 60678-1095
21296070         +Northshore University Healththsystem,   9532 Eagle Way,   Chicago, IL 60678-1095
21296073         +Oak Brook Xray and Imagin,   P O Box 7389,   Prospect Heights, IL 60070-7389
21296074         +Oakbrook Behavioral health Ltd,   P O Box 387,   Addison, IL 60101-0387
21296075         +PBA,   PO Box 7389,   Prostpect Heights, IL 60070-7389
```

```
District/off: 0752-1          User: adragonet              Page 2 of 3                   Date Rcvd: Jan 27, 2015
                              Form ID: pdf006             Total Noticed: 92


21296077       +People Energy,    The Prudential Bldg.,   Attn. Special Proje,    130 East Randolph Dr.,
                 Chicago, Illinois 60601-6207
21296078      #+Peoples Gas,    130 E Randolph Dr,   Chicago, IL 60601-6207
21296080       +Proffesional Account Managements LLC,    Collection Services,    P O Box 391,
                 Milwaukee, WI 53201-0391
21817309        Sears/cbna,    133200 Smith Rd,   Cleveland, OH 44130
21817308       +Sears/cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
21296081       +Superior Air Ground AMB Services,    P O Box 1407,    Elmhurst, IL 60126-8407
21817310       +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
21817311      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:   Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
21296082       +Van Ru Credit Corporation,    150 S Sunnyslope Suite 108,    Brookfield, Wisconsin 53005-4857
21296083       +Village Radiology Ltd,    P O box 470,   Oak Park, IL 60303-0470
21296084       +Weisfield Jewelers/Sterling Jewelers Inc,    375 Ghent Rd,    Fairlawn, OH 44333-4601
21817312       +West Suburban Bank,    701-711 S Westmore Ave,    Lombard, IL 60148-3712
21296085       +West Suburban Medical Center,    Department 4658,    Carol Steam, IL 60122-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21296014       +E-mail/PDF: recoverybankruptcy@afninet.com Jan 28 2015 02:06:58      AFNI,   P.O.Box 3427,
                 Bloomington, Illinois 61702-3427
21296017       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 28 2015 02:12:12      Asset Acceptance LLC,
                 P O Box 2036,    Warren, MI 48090-2036
21817301        E-mail/Text: cio.bncmail@irs.gov Jan 28 2015 02:11:36      Department of the Treasury,
                 Internal Revenue Services,    Austin, Texas 73302-0021
21296029       +E-mail/Text: ecar@emhc.org Jan 28 2015 02:12:09      Elmhurst Clinic,
                 Divison of elmhurst Memorial Healthcare,    Dept. 4585,   Carol Steam, IL 60122-0001
21701172        E-mail/Text: ebn@brm-corp.com Jan 28 2015 02:14:29      FAMSA,   C/O BRM,   PO BOX 3788,
                 TUSTIN CA 92781-3788
21817303       +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2015 02:06:52      GECRB/JC Penny,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
21817304       +E-mail/Text: bk@gafco.net Jan 28 2015 02:12:21      Great American Finance,
                 20 N Wacker Dr Ste 2275,    Chicago, IL 60606-1294
21817307       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 28 2015 02:11:26      Kohls/chase,   Po Box 3115,
                 Milwaukee, WI 53201-3115
21296055       +Fax: 847-227-2151 Jan 28 2015 03:36:39      Medical Recovery Specialist LLC,
                 2250 East Devon Ave,    Suite 352,   Des Plaines, IL 60018-4519
21296061       +E-mail/Text: mmrgbk@miramedrg.com Jan 28 2015 02:12:31      MiraMed Revenue Group,
                 Dep 77304,    P O Box 77000,   Detroit, Michigan 48277-2000
21296059       +E-mail/Text: mmrgbk@miramedrg.com Jan 28 2015 02:12:31      Miramed,   Dept. 77304,
                 P O Box 77000,    Detroit, MI 48277-2000
21296060       +E-mail/Text: mmrgbk@miramedrg.com Jan 28 2015 02:12:31      Miramed Revenue Group,   Dept. 77304,
                 P O Box 77000,    Detroi , MI 48277-2000
21296062       +E-mail/Text: mmrgbk@miramedrg.com Jan 28 2015 02:12:31      Miramed Revenue Group LLC,
                 991 Oak Creek Drive,    Lombard, IOL 60148-6408
21296071       +E-mail/Text: clientservices@northwestcollectors.com Jan 28 2015 02:11:48
                 Northwest Collectors,    3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3143
21296072       +E-mail/Text: clientservices@northwestcollectors.com Jan 28 2015 02:11:48
                 Northwest Collectors Inc,    3601 Algonquin Rd,   Rolling Meadows, IL 60008-3143
21296076       +E-mail/Text: mmrgbk@miramedrg.com Jan 28 2015 02:12:31      Pellettieri,   991 Oak Creek Dr,
                 Lombard, IL 60148-6408
21770755        E-mail/Text: bankruptcy@gopfs.com Jan 28 2015 02:14:25      Prestige Financial Services,
                 (Operating as Prestige Auto Finance,    Corp in CT,DE, FL,MA, and NH),    P.O. Box 26707,
                 Salt Lake City Utah 84126-0707
21296079       +E-mail/Text: bankruptcy@gopfs.com Jan 28 2015 02:14:25      Prestige Financial Svc,
                 1420 S 500 W,    Salt Lake City, UT 84115-5149
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21817295*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
21296026*      +Computer Credit Inc,    Claim Dept. 003482,   P O Box 5238,   Winston Salem, NC 27113-5238
21296035*      +Elmhurst Memorial Hospital,    P O Box 4052,   Carol Stream, IL 60197-4052
21296034*      +Elmhurst Memorial Hospital,    P O Box 4052,   Carol Stream, IL 60197-4052
21296044*     ++FAMSA INC,   6200 SAVOY DRIVE,   SUITE 350,   HOUSTON TX 77036-3373
                 (address filed with court:   Famsa Inc,   12801 Leffingwell Ave,    Santa Fe Springs, CA 90670)
21296053*      +IRS,   P O Box 7346,   Philadelphia, Pennsylvania 19101-7346
                                                                                   TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: adragonet            Page 3 of 3           Date Rcvd: Jan 27, 2015
                              Form ID: pdf006            Total Noticed: 92
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2015 at the address(es) listed below:
              David J Frankel    on behalf of Creditor   AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial
                dfrankel@sormanfrankel.com,   ckauffman@sormanfrankel.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
                il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Gilberto R Rivera    on behalf of Debtor Kimberly L. Brown gilriveralaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 4
```