**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-46755 |
| | § | |
| KIMBERLY L. BROWN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $19,000.00 | Assets Exempt: | $2,130.00 |
| Total Distributions to Claimants: | $2,282.33 | Claims Discharged Without Payment: | $85,019.29 |
| Total Expenses of Administration: | $812.32 | | |

3)   Total gross receipts of $3,332.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $237.35 (see **Exhibit 2),** yielded net receipts of $3,094.65 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $621.00 | $621.21 | $621.21 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $812.32 | $812.32 | $812.32 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $77,979.19 | $33,963.43 | $33,963.43 | $2,282.33 |
| **Total Disbursements** | $78,600.19 | $35,396.96 | $35,396.96 | $3,094.65 |

4). This case was originally filed under chapter 7 on 12/05/2013. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/04/2015            By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $3,332.00 |
| **TOTAL GROSS RECEIPTS** | | $3,332.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| KIMBERLY BROWN | Exemptions | 8100-002 | $237.35 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $237.35 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FAMSA | 4110-000 | $621.00 | $621.21 | $621.21 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $621.00 | $621.21 | $621.21 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $773.66 | $773.66 | $773.66 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.52 | $3.52 | $3.52 |
| Green Bank | 2600-000 | NA | $35.14 | $35.14 | $35.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $812.32 | $812.32 | $812.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AmeriCredit Financial Services, Inc. | 7100-000 | $15,000.00 | $18,704.00 | $18,704.00 | $1,256.90 |
| 3 | Prestige Financial Services | 7100-000 | $5,675.00 | $6,481.71 | $6,481.71 | $435.57 |
| 4 | Dept of Education | 7100-000 | $3,966.00 | $8,777.72 | $8,777.72 | $589.86 |
|  | AFNI | 7100-000 | $1,737.00 | $0.00 | $0.00 | $0.00 |
|  | Albertina D Logan DC | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | Arnoldharris/Med Business Bureau | 7100-000 | $133.00 | $0.00 | $0.00 | $0.00 |
|  | Arnoldharris/Med Business Bureau | 7100-000 | $133.00 | $0.00 | $0.00 | $0.00 |
|  | Asset Acceptance LLC | 7100-000 | $1,283.76 | $0.00 | $0.00 | $0.00 |
|  | Associated Pathology Consultant | 7100-000 | $4.02 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Choice Recovery | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
|  | City of Chicago EMS | 7100-000 | $920.00 | $0.00 | $0.00 | $0.00 |
|  | CMRE Financial Services Inc | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
|  | Computer credit Inc | 7100-000 | $228.73 | $0.00 | $0.00 | $0.00 |
|  | Computer Credit Inc | 7100-000 | $9,083.00 | $0.00 | $0.00 | $0.00 |
|  | Computer Credit Inc | 7100-000 | $180.28 | $0.00 | $0.00 | $0.00 |
|  | Convergent Outsourcing Inc | 7100-000 | $243.17 | $0.00 | $0.00 | $0.00 |
|  | Elmhurst Anesthesiologist | 7100-000 | $278.10 | $0.00 | $0.00 | $0.00 |
|  | Elmhurst Clinic Divison of elmhurst Memorial | 7100-000 | $200.26 | $0.00 | $0.00 | $0.00 |
|  | Elmhurst College | 7100-000 | $2,920.71 | $0.00 | $0.00 | $0.00 |
|  | Elmhurst Memorial Hospital | 7100-000 | $228.73 | $0.00 | $0.00 | $0.00 |
|  | Elmhurst Memorial Hospital | 7100-000 | $27.39 | $0.00 | $0.00 | $0.00 |
|  | Elmhurst Memorial Hospital | 7100-000 | $678.36 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Elmhurst Memorial Hospital | 7100-000 | $27.39 | $0.00 | $0.00 | $0.00 |
| Elmhurst Memorial Hosptial | 7100-000 | $180.28 | $0.00 | $0.00 | $0.00 |
| Elmhurst Memorial Hosptial | 7100-000 | $27.39 | $0.00 | $0.00 | $0.00 |
| Elmhurst Radilogists, SC | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Elmhurst Radiologists | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| EPMG of Illinois, SC | 7100-000 | $36.00 | $0.00 | $0.00 | $0.00 |
| ER Solutions/Convergent Outsourcing, INC | 7100-000 | $36.00 | $0.00 | $0.00 | $0.00 |
| FAMSA | 7100-000 | $396.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $2,630.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $2,112.00 | $0.00 | $0.00 | $0.00 |
| First Federal Credti Control | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
| First National Collection | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Auto Finance / Santander | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hsbc/tax | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Illinois Collection Service/ICS | 7100-000 | $80.00 | $0.00 | $0.00 | $0.00 |
| Illinois collection Services | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| IRS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical Business Bureau | 7100-000 | $278.10 | $0.00 | $0.00 | $0.00 |
| Medical Recovery Specialist | 7100-000 | $484.63 | $0.00 | $0.00 | $0.00 |
| Metropolitan Advanced Radilogical Services Lted | 7100-000 | $27.75 | $0.00 | $0.00 | $0.00 |
| Midwest Associates IN Neuroligy | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
| Midwest Associates In Neurology | 7100-000 | $206.00 | $0.00 | $0.00 | $0.00 |
| Miramed | 7100-000 | $678.36 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Miramed Revenue Group | 7100-000 | $557.00 | $0.00 | $0.00 | $0.00 |
| MiraMed Revenue Group | 7100-000 | $409.01 | $0.00 | $0.00 | $0.00 |
| Miramed Revenue Group LLC | 7100-000 | $747.76 | $0.00 | $0.00 | $0.00 |
| Mount Sinai Hospital | 7100-000 | $201.87 | $0.00 | $0.00 | $0.00 |
| Mount Sinai Hospital | 7100-000 | $263.05 | $0.00 | $0.00 | $0.00 |
| Mount Sinai Hospital | 7100-000 | $206.50 | $0.00 | $0.00 | $0.00 |
| Natinwide Credit Bureau | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| NCC | 7100-000 | $185.50 | $0.00 | $0.00 | $0.00 |
| NCNS | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| NES | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| Northshore University Northshore University | 7100-000 | $108.00 | $0.00 | $0.00 | $0.00 |
| Northwest Collectors | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Northwest Collectors Inc | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Northwest Collectors Inc | 7100-000 | $46.20 | $0.00 | $0.00 | $0.00 |
| Oak Brook Xray and Imagin | 7100-000 | $16.65 | $0.00 | $0.00 | $0.00 |
| Oakbrook Behavioral health Ltd | 7100-000 | $19,380.00 | $0.00 | $0.00 | $0.00 |
| PBA | 7100-000 | $16.65 | $0.00 | $0.00 | $0.00 |
| Pellettieri | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| Pellettieri | 7100-000 | $37.00 | $0.00 | $0.00 | $0.00 |
| Pellettieri | 7100-000 | $52.00 | $0.00 | $0.00 | $0.00 |
| People Energy | 7100-000 | $261.09 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $68.00 | $0.00 | $0.00 | $0.00 |
| Proffesional Account Managements LLC Collection Services | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Reed Smith Sachnoff and Weaver | 7100-000 | $754.87 | $0.00 | $0.00 | $0.00 |
| Superior Air Ground AMB | 7100-000 | $484.63 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Van Ru Credit Corporation | 7100-000 | $98.00 | $0.00 | $0.00 | $0.00 |
| Village Radiology Ltd | 7100-000 | $15.00 | $0.00 | $0.00 | $0.00 |
| Weisfield Jewelers/Sterling Jewelers Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| West Suburban Medical | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $77,979.19 | $33,963.43 | $33,963.43 | $2,282.33 |

Case 13-46755 Doc 36 Filed 06/09/15 Entered 06/09/15 12:09:37 Desc Main
Document Page 7 of 11

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-46755-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BROWN, KIMBERLY L. | Date Filed (f) or Converted (c): | 12/05/2013 (f) |
| For the Period Ending: | 6/4/2015 | §341(a) Meeting Date: | 01/23/2014 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   cash on hand | $30.00 | $0.00 | | $0.00 | FA |
| 2   Banking account average | $1,000.00 | $0.00 | | $0.00 | FA |
| 3   Household Funiture | $500.00 | $0.00 | | $0.00 | FA |
| 4   Necessary clothes | $600.00 | $0.00 | | $0.00 | FA |
| 5   2007 Dodge Charger | $15,000.00 | $0.00 | | $0.00 | FA |
| 6   Tax Refund                                      (u) | $0.00 | $3,332.00 | | $3,332.00 | FA |
| 7   2005 Buick rendezvous | $4,000.00 | $4,000.00 | | $0.00 | FA |

**Asset Notes:** Deficiency claim filed for $6,481.71

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

$21,130.00              $7,332.00                                                    $3,332.00              $0.00

**Major Activities affecting case closing:**

| 12/30/2014 | Prepared TFR for Trustee's review |
| 04/07/2014 | Requested copy of Debtor's 2013 tax return. |
| 02/26/2014 | Asset - Tax Intercept |
| | Debtor's attorney indicated that he will amend schedules and we will determine whether we will object or not |
| 01/27/2014 | Per Rachel, Debtor did not appear |

| Initial Projected Date Of Final Report (TFR): | 09/20/2014 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-46755-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BROWN, KIMBERLY L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2676 | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/5/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/4/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2014 | (6) | United States Treasury | Tax Refund | 1224-000 | $3,332.00 | | $3,332.00 |
| 04/28/2014 | 3001 | KIMBERLY BROWN | Entitled portion of tax refund. | 8100-002 | | $237.35 | $3,094.65 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.52 | $3,094.13 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.50 | $3,088.63 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.66 | $3,083.97 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.97 | $3,079.00 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.12 | $3,073.88 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.64 | $3,069.24 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.27 | $3,063.97 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.46 | $3,059.51 |
| 02/27/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $773.66 | $2,285.85 |
| 02/27/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.52 | $2,282.33 |
| 02/27/2015 | 3004 | FAMSA | Claim #: 1; Amount Claimed: 621.21; Amount Allowed: 621.21; Distribution Dividend: 100.00; | 4110-000 | | $621.21 | $1,661.12 |
| 02/27/2015 | 3005 | AmeriCredit Financial Services, Inc. | Claim #: 2; Amount Claimed: 18,704.00; Amount Allowed: 18,704.00; Distribution Dividend: 4.89; | 7100-000 | | $914.80 | $746.32 |
| 02/27/2015 | 3006 | Prestige Financial Services | Claim #: 3; Amount Claimed: 6,481.71; Amount Allowed: 6,481.71; Distribution Dividend: 4.89; | 7100-000 | | $317.01 | $429.31 |
| 02/27/2015 | 3007 | Dept of Education | Claim #: 4; Amount Claimed: 8,777.72; Amount Allowed: 8,777.72; Distribution Dividend: 4.89; | 7100-000 | | $429.31 | $0.00 |
| 04/07/2015 | 3004 | VOID: FAMSA | Void -- claim paid in full under reaffirmation agreement | 4110-003 | | ($621.21) | $621.21 |
| 04/16/2015 | 3008 | AmeriCredit Financial Services, Inc. | Claim #: 2; Amount Claimed: 18,704.00; Amount Allowed: 18,704.00; Distribution Dividend: 6.72; | 7100-000 | | $342.10 | $279.11 |
| 04/16/2015 | 3009 | Prestige Financial Services | Claim #: 3; Amount Claimed: 6,481.71; Amount Allowed: 6,481.71; Distribution Dividend: 6.72; | 7100-000 | | $118.56 | $160.55 |
| 04/16/2015 | 3010 | Dept of Education | Claim #: 4; Amount Claimed: 8,777.72; Amount Allowed: 8,777.72; Distribution Dividend: 6.72; | 7100-000 | | $160.55 | $0.00 |

**SUBTOTALS**  $3,332.00   $3,332.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-46755-TAB | |
| **Case Name:** | BROWN, KIMBERLY L. | |
| **Primary Taxpayer ID #:** | **-***2676 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/5/2013 | |
| **For Period Ending:** | 6/4/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5501 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $3,332.00 | $3,332.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,332.00 | $3,332.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $237.35 | |
| | | | **Net** | | $3,332.00 | $3,094.65 | |

| For the period of 12/5/2013 to 6/4/2015 | | For the entire history of the account between 04/24/2014 to 6/4/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,332.00 | Total Compensable Receipts: | $3,332.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,332.00 | Total Comp/Non Comp Receipts: | $3,332.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,094.65 | Total Compensable Disbursements: | $3,094.65 |
| Total Non-Compensable Disbursements: | $237.35 | Total Non-Compensable Disbursements: | $237.35 |
| Total Comp/Non Comp Disbursements: | $3,332.00 | Total Comp/Non Comp Disbursements: | $3,332.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-46755-TAB | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | BROWN, KIMBERLY L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2676 | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/5/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/4/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $3,332.00 | $3,332.00 | $0.00 |

**For the period of 12/5/2013 to 6/4/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $3,332.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,332.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,094.65 |
| Total Non-Compensable Disbursements: | $237.35 |
| Total Comp/Non Comp Disbursements: | $3,332.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/05/2013 to 6/4/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $3,332.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,332.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,094.65 |
| Total Non-Compensable Disbursements: | $237.35 |
| Total Comp/Non Comp Disbursements: | $3,332.00 |
| Total Internal/Transfer Disbursements: | $0.00 |